**Opinion issued December 31, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00397-CV**

———————————

**IN RE HOUSTON PIPE LINE COMPANY LP, ETC KATY PIPELINE, LLC, ENERGY TRANSFER FUEL, LP, AND OASIS PIPELINE, LP, Relators**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM OPINION**

Relators, Houston Pipe Line Company, LP, ETC Katy Pipeline, LLC, Energy Transfer Fuel, LP, and Oasis Pipeline, LP, filed a petition for writ of mandamus challenging the trial court's May 6, 2024 "Order Granting [Real Party in Interest's] Motions to Compel Production of Documents."[1]

---

[1] The underlying case is *XTO Energy, Inc. v. Houston Pipe Line Co., LP, ETC Katy Pipeline, LLC, Energy Transfer Fuel, LP, and Oasis Pipeline, LP*, Cause No.

In connection with their mandamus petition, relators also filed an "Opposed Motion for Immediate Temporary Relief," requesting that the Court stay their obligations to comply with the May 6, 2024 order compelling production pending the Court's review of their mandamus petition. The Court granted relators' motion and stayed their obligations to comply with the trial court's May 6, 2024 order.

Our review of relators' mandamus petition reflects that relators have not established that they are entitled to mandamus relief. Accordingly, we lift the stay imposed by our June 11, 2024 order and deny relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Rivas-Molloy.

---

2021-63124, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding. The real party in interest is XTO Energy, Inc.